JC

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Ibrahim Abu-Humos, Plaintiff,

v.

United States Congress, Mike Johnson,

Congressman Jesse Garcia, Senator Dick Durbin,

State of Illinois, The Circuit Court the twenty second judicial McHenry County IL,

Judge Suzanee C. Mangiamele

Circuit Court of Cook County Municipal Department First District

Judge Pamela Harris

AT&T Phone Company

Village of Lyons, Mayor Christopher Getty

US Department of Justice, Barry Jonas and his associates

Judge Andrea Wood

Webster Dental Care of Berwyn

**FILED**

MAY 19 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:25-cv-05550
Judge Franklin U. Valderrama
Magistrate Judge Laura K. McNally
RANDOM/ CAT.3

My name is, Ibrahim Abu-Humos I live in the Village of Lyons at 7315 39th Street, Apt 2B

Cook County, IL

Who is responsible for our safety and for enforcing the law? I was told by the FBI and a top lawyer that Congress is the only one who could deal with this corruption. Is it the Congress—from the Speaker of the House and his members? What is their job—just to collect donations for the next election and get paid top dollar and protection around the clock? If they can't protect the people in the U.S.A., who do we have to call?

The Chinese or Japanese to come protect the U.S.A.? This lawsuit is going to be published on social media, so we may be called for a new election.

Congressman Jesse Garcia—when I went to his office to explain the issue, his secretary tried to tell me she couldn't help me. When I insisted on speaking to a director, I eventually met Congressman Garcia at a restaurant. He promised to call me but never followed through.

Within two weeks after that, he extended it another week. Then I called Mr. Garcia's office in Washington, D.C. I explained everything. The answer was they will get in touch with Mr. Adrian Calderon, the director. That means they don't have any knowledge of the problem.

The same thing—or worse—with Senator Dick Durbin. Even a long time ago, I sent a letter to his office explaining that Mr. Jonas and his associate are threatening every lawyer I have. His answer was I should find a lawyer!!!

They killed my nephew and tried to kill me. I became disabled. They tried to harm my kids and my wife. Mr. Jonas and his associate were tampering with my refrigeration system in my restaurant—and that was a threat to public health and could have caused people to die.

In August 2017, they set my building in Chicago at 3759 W. Ohio on fire while my tenants were asleep. The million-dollar question: if the local police or the state can't investigate or the insurance...

All I want from Congress is to come to court and tell the people in America that nobody is above the law.

The Constitution gives me the right to protection, the right to a fair trial, and the right to have a lawyer. I didn't have any of that. I couldn't even get medical treatment without them threatening my doctor. It got to the point that in August 2016, my lawyer Fred...

Joshua called me and asked me to come to his office the next day at 8 in the morning. I went, and he told me he received a message from the federal court in Chicago that if I didn't shut my mouth, they would kill me or put me in a mental institution.

State of Illinois. The Circuit for the Twenty-Second Judicial Circuit, McHenry County, IL. Judge Suzanne C. Mangiamele. I have case No. 2014 CH1238 since 2014.

Judge Suzanne—she was, in the beginning, fair. Then Mr. Jonas and his associate got involved. She was forced to do everything they told her. Then it came to the point that she was involved in attempted murder because she had the knowledge.

Then Mr. Jonas is going to kill me. The million-dollar question: is she a partner in crime in all this corruption? I would say she is a judge. She studied the law for years—not like a person off the street.

The main question: how much liability does she have? One time I asked Judge Suzanne if she sent an order of eviction to my tenant. She denied it. I told her that her signature was on it.

When the tenant left the house, Mr. Jonas sent his criminal to vandalize the house. Even though the water was off from the street, they opened it and busted all the water pipes in the house.

Judge Suzanne—when she saw that, I knew the whole case was corrupt. She transferred the case to a different judge. Then the case was dismissed.

Circuit Court of Cook County, Municipal Department, First District. Judge Pamela Harris. Case #23 M1 140058.

From the first time I asked the judge that my building at 3759 W. Ohio—Mr. Jonas set the building on fire—and she needed to ask for an investigation. The building was insured for 450K, and before they changed it to 300K, Judge Pamela said that's nothing but an accusation.

If we ask anybody on the street, they would say the building was insured for 450K, and before the fire, it was changed to 300K. They would say there is a problem. She was trying her best to make me lose the building and pass it to somebody she knows.

AT&T Phone Company. They are a loaded gun in federal court in Chicago.

Mr. Jonas started his war against me by tampering with the fire system in my 12-unit building, where I live. The alarm system went off day and night. The alarm company finally canceled my service in 2014.

That shows how much Mr. Jonas and his associate care about public safety. And that was with...

At work in my restaurant around six o'clock, I had severe chest pain. I couldn't see. Then my brother walked in. He saw my condition. He asked me if I had any aspirin. I replied yes. He gave me too many of them, and he gave fresh lemon juice. I had too many customers. Everybody said I should sit down.

One of the customers knew my problem with court. She is a nurse. She ran to Loyola Hospital.

She got me some medicine and told me that I should be careful not to drink or eat any food I didn't make because the hospital gave me a shot before I left. The hospital said I had a blood clot, and that would cause a heart attack.

Two days later, a neighbor who ran a tax store—his name is Omar—asked me to come with him. He wanted to show me something in his car.

He opened his trunk. I saw that he had a shotgun and a big pistol. He told me that he knew where Mr. Jonas lived. He said he would help me kill Mr. Jonas. I told him I don't believe in that. I live for my kids.

Judge Andrea Wood—when I saw her the first time, she was handling a case against First Merit Bank because the bank…

Gave my nephew a loan on my house, and the federal court charged him with loan fraud. My first lawyer, Fred Joshua, filed a lawsuit in McHenry County. Then he called me and said he couldn't continue the case because he had to care for his two kids.

So I found another lawyer through my worker. Her name was Nejla Lane. She told me that she had to transfer the case to the federal court. She had me sign too many documents.

60 days later, she called me and said the case was dismissed with prejudice. That means I can't appeal the case. I asked lawyers, and they all said the same.

I disregarded all that, and I filed a new case in McHenry County Court against the U.S. Department of Justice and First Merit Bank, and against Miss Lane and Mr. Jonas.